# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

131973

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBIN SCOTT DUENAZ, JR.,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131973
COA: 270702
St Clair CC: 02-001941-FC

      On order of the Court, the application for leave to appeal the July 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

t0122

                      Clerk